USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.W., et al.,

                         Plaintiffs,

        - against -

NYC DEPARTMENT OF EDUCATION, et al.,

                     Defendants.
-------------------------------------------------------------X

19-cv-00779 (SHS) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties are directed to jointly complete and file Judge Lehrburger's [Proposed] Civil Case Management Plan and Scheduling Order, which must be submitted in compliance with Judge Lehrburger's Individual Practices, no later than May 26, 2020. If suitable for the case, the parties are encouraged to use Judge Lehrburger's model Joint Electronic Discovery Submission and Proposed Order. These forms are available on the S.D.N.Y. website at https://www.nysd.uscourts.gov/hon-robert-w-lehrburger.

      The parties shall coordinate with Deputy Clerk Shah to schedule a date and time for a Settlement Conference.

                                           SO ORDERED.

                                           _____
                                           ROBERT W. LEHRBURGER
                                           UNITED STATES MAGISTRATE JUDGE

Dated:      May 12, 2020
               New York, New York

Copies transmitted to all counsel of record.