

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2020
```

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Annette M. Lalic
Administrative Law Division
Phone: 212-356-2215
Fax: 212-356-1901
alalic@law.nyc.gov

July 13, 2020

**VIA ECF**
Hon. Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *M.W. et al., v. New York City Department of Education, et al.,*
                    1:19-cv-00779 (SHS) (RWL)

Dear Judge Lehrburger:

      I am an attorney in the office of James E. Johnson, Corporation Counsel of the City of New York, counsel for Defendants in the above-referenced action. We write with the agreement and consent of Plaintiffs pursuant to Rules I.F and III.B of Your Honor's Individual Motion Practices and Rules to respectfully request an adjournment of the conference currently scheduled for Monday, July 20, 2020. This matter pertains to fee litigation under the Individuals with Disabilities Education Act, 20 U.S.C. §1400. The requested extension is needed to provide Defendants with additional time to obtain settlement authority, and to allow the parties to work towards fully resolving this case.

      This is Defendants' first request for an adjournment of this conference, and Plaintiff consents to this request. Accordingly, Defendants respectfully request that the conference with Your Honor be rescheduled to a date between August 17, 2020 and August 21, 2020, or a date thereafter convenient for the Court.

      Thank you for your consideration.

The Settlement Conference currently set for July 20, 2020 at 1:30 p.m. is rescheduled to **August 19, 2020** at **9:30 a.m.** and will be held telephonically.

SO ORDERED:

7/14/2020  /s/
_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

/s/

Annette M. Lalic
Assistant Corporation Counsel

cc: All counsel of record (via ECF)