# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2020

August 10, 2020

**VIA ECF**
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Plaintiffs' request for a 45-day extension of time within which to file an amended complaint is granted. The Settlement Conference currently set for August 19, 2020 at 9:30 a.m. is rescheduled to **October 14, 2020** at **9:30 a.m.**
>
> SO ORDERED:
> 8/10/2020
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

Re: *M.W. et al., v. New York City Department of Education, et al.,*
1:19-cv-00779 (SHS) (RWL)

Dear Magistrate Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action.

I write with the consent of Counsel for Defendants to request an extension of the deadline by which to file an Amended Complaint set by Part 7 of the Civil Case Management Plan & Scheduling Order so-ordered by the Court June 2, 2020. Dkt. No. 22. With respect to the additional time to file an amended complaint, the Parties are actively engaged in settlement negotiations and that remains their main focus. If the case as pled is able to settle in near future, Plaintiffs will not need to amend the Complaint. Plaintiffs respectfully request a 45-day extension of time within which to file an amended complaint, from August 10, 2020 until September 25, 2020.

This letter also seeks, on behalf of the Plaintiffs and with my consent, a further adjournment of the settlement conference currently scheduled for August 19, 2020 at 9:30 a.m. set by the Court's July 14, 2020 Order. Dkt. No. 24. Plaintiffs respectfully request an adjournment of the settlement conference until the week of October 12, 2020, or anytime thereafter, at the Court's convenience. This is the second such request for an adjournment of the settlement conference.

Thank you very much for Your Honor's consideration of this submission.

Sincerely,

*Matthew C. McCann*

Matthew C. McCann
*Counsel for the Plaintiffs*

Cc: Annette M. Lalic, Esq.
*Counsel for the Defendants*