USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/20/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.W., et al.,

                Plaintiffs,

      - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-779 (SHS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the case management conference held on May 20, 2022:

1. Discovery is stayed until September 30, 2022 so that the parties may focus efforts on resolving the individual cases in this matter.

2. The stay does not preclude motion practice or applications for emergency relief.

3. Any of the parties may seek lifting of the stay at any time.

4. Notwithstanding the stay, the parties will negotiate and propose to the Court a protective order to govern the case as there may be need for motion filings in the interim.

5. The parties shall meet and confer about procedures for streamlining applications for emergency relief and submit a proposal to the Court by **June 3, 2022**.

6. Plaintiffs may propose a modified summary judgment process but must first meet and confer with Defendants.

7. The parties will meet at least once weekly to discuss settlement of individual cases. Plaintiffs may submit a weekly status report so that the Court may stay informed as to the progress of the discussions.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 20, 2022
      New York, New York