# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

June 28, 2022

**VIA ECF**
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 6/29/2022

      Re:   *M.W. et al., v. New York City Department of Education, et al.,*
            1:19-cv-00779 (SHS) (RWL)

Dear Magistrate Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action and writing jointly with respect to the Court's order that the parties submit a joint letter as to the emergency procedures in the above-referenced case. The parties are still negotiating and would like additional time to try to come to an agreement and submit a proposal to Your Honor. This is our second request for an extension. We request that we submit our final agreement and/or disagreement to Your Honor by July 7, 2022.

                                            Sincerely,

                                            _____
                                            Elisa Hyman, Esq.
                                            *Counsel for the Plaintiffs*

Cc:    Copatrick Thomas, Esq.
         *Counsel for the Defendants*

SO ORDERED:
6/29/2022    _____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1115 BROADWAY, 12TH FL.                                        42 WEST 24th STREET, 2ND FLOOR
NEW YORK, NY 10010                                              NEW YORK, NY 10010
WWW.SPECIALEDLAWYER.COM