USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.W., et al., : 19-CV-779 (SHS) (RWL)
:
Plaintiffs, :
: **ORDER**
- against - :
:
NEW YORK CITY DEPARTMENT OF :
EDUCATION, et al., :
:
Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 20, 2022, the Court stayed discovery until September 30, 2022 to facilitate settlement discussions. (Dkt. 78.) On July 7, 2022, the Court approved a procedure to address emergency applications while settlement discussions were pending. (Dkt. 88.) On September 23, 2022, the parties stipulated to the dismissal of individual claims of one student. (Dkt. 91.)

Given the expiration of the discovery stay, and no recent filings on the docket, the parties shall file a letter informing the Court as to the status of this case no later than **April 11, 2023.**

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2023
       New York, New York