# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

July 17, 2023

*VIA ECF*
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

      Re:  *M.W. et al., v. New York City Department of Education, et al.,*
            1:19-cv-00779 (SHS) (RWL)

Dear Magistrate Judge Lehrburger:

I am writing to request a *nunc pro tunc* extension of time for the parties to provide the update and proposal to the Court that was due today, July 17, 2023.

The parties have met to discuss the proposal and have exchanged drafts of the proposal to the Court. While the parties are close to finalizing a proposal, we were still exchanging drafts until earlier this evening. However, based on the status of the negotiations, Plaintiffs expect the parties to be able to file the letter tomorrow, July 18, 2023.

I was unable to get Defendants' response to this request as Plaintiffs are still waiting for a response to an earlier email about the proposal, but we presume Defendants will be in agreement with the request under the circumstances.

We thank the Court for its continued attention to and patience and assistance with this matter.

                                            Sincerely,

                                            /s/

                                            Elisa Hyman, Esq.
                                            *Counsel for the Plaintiffs*

cc:     Counsel of Record

Granted.

SO ORDERED:  /s/
7/18/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE