THE LAW OFFICE OF
# ELISA HYMAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2023

August 23, 2023

VIA ECF
The Honorable Robert W. Lehrburger
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Granted.

SO ORDERED: /s/

8/25/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: <u>M.W. et al., v. New York City Department of Education, et al.,</u>
1:19-cv-00779 (SHS) (RWL)

Dear Magistrate Judge Lehrburger:

I am writing jointly on behalf of both parties to provide an update on the status of this case, the litigation plan, and Case Management Plan ("CMP"). The parties need additional time to negotiate and provide these documents to the Court. The parties are respectfully requesting permission to provide a response and update to the Court by no later than Tuesday, August 29, 2023.

The request for additional time is being made by Plaintiffs, upon consent of Defendants; Plaintiffs did not provide proposed edits to one of the stipulations to the Defendants and a proposal on next steps until late today, and Defendants need more time to review those documents.

The parties are actively working on trying to dismiss another six students from the case and hope to have made significant progress by August 29, 2023. By that date, we will also propose a new deadline for the submission of a litigation plan.

We thank the Court for its continued attention to and patience and assistance with this matter.

Sincerely,

/s/

_____
Elisa Hyman, Esq.
*Counsel for the Plaintiffs*

cc:   Counsel of Record