```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.W., et al.,                                      :        19-CV-779 (SHS) (RWL)
                                                   :
                    Plaintiffs,                    :
                                                   :        ORDER
        - against -                                :
                                                   :
NEW YORK CITY DEPARTMENT OF                        :
EDUCATION, et al.,                                 :
                                                   :
                    Defendants.                    :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on February 20, 2024:

1. By March 1, 2024, the parties shall jointly file a proposed plan for negotiating settlement of remaining individual cases, including how the Court can best help the parties in doing so. The parties may also address the same for resolving systemic issues.

2. By April 2, 2024, Defendant shall substantively respond in writing to Plaintiffs' proposal for resolution of systemic issues.

3. Defendant's objection to discovery on systemic issues is overruled. Plaintiffs have asserted claims for systemic relief. (*See* Dkt. 133.)

4. Defendant's request for bifurcated discovery of systemic issues is denied. (*See* Dkt. 133.)

5. Discovery is stayed until June 24, 2024 so that the parties can devote their resources to resolving or narrowing as many cases and issues as possible.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 20, 2024
      New York, New York