THE LAW OFFICE OF
# ELISA HYMAN, P.C.

September 25, 2025

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

9/26/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

      Re: *M.W. et al. v. New York City Dep't of Educ. et al.*
          Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

    I represent the Plaintiffs in the above-referenced action and am writing to advise the Court that the parties were unable to finalize the stipulation of settlement today and to request permission to file the Stipulation on or before Monday, September 29, 2025.

    Defendants' counsel emailed me earlier in the day with the finalized settlement agreement that we had negotiated. I did not open the message due to multiple appearances and other commitments during the regular work day. When I returned home this evening (much later than I planned), I opened the email to counter-sign and file. At that point, I realized that Defendants' counsel had also sent a second short form Stipulation of Dismissal which we had not yet negotiated. Unfortunately, I had substantive comments to the short form stipulation and could not execute it as is. However, by the time I made comments, it was already after 11:30 p.m. and too late to negotiate it with Defendants' counsel.

    I do not believe that there are any issues which would ultimately undermine the settlement. However, since I do not know Mr. Imbiano's schedule tomorrow, under the circumstances, I propose that the parties have permission to file the stipulation on or before Monday, September 29, 2025.

    Thank you for Your Honor's consideration of the above.

                                                              Respectfully submitted,

                                                             /s/
                                                            Elisa Hyman, Esq.

cc: Attorneys of Record
     (via ECF)