UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

M.W., on behalf of herself and her minor child, E.H.,

                              Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
NEW YORK CITY BOARD OF EDUCATION, and
CHANCELLOR RICHARD CARRANZA, in his official
capacity,

                            Defendants.

**PARTIAL STIPULATION AND ORDER OF DISMISSAL**

19-cv-779 (SHS)(RWL)

------------------------------------------------------------------- x

       **WHEREAS** Plaintiffs S.G. on behalf of herself and her minor child A.A.2, M.S. on behalf of herself and her minor child A.S., T.S. on behalf of herself and her minor child K.S., L.M. on behalf of herself and her minor child D.H., C.W. on behalf of herself and her minor child K.P., S.S.1 on behalf of herself and her minor child J.S., M.S. on behalf of herself and her minor child A.S. (collectively, the "Settlement Plaintiffs"), have reached a partial settlement agreement and now desire to resolve issues that they raised in this litigation, without further proceedings and without admitting any fault or liability;

       NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

       1. Plaintiffs S.G. on behalf of herself and her minor child A.A.2, M.S. on behalf of herself and her minor child A.S., T.S. on behalf of herself and her minor child K.S., L.M. on behalf of herself and her minor child D.H., C.W. on behalf of herself and her minor child K.P., S.S.1 on behalf of herself and her minor child J.S., M.S. on behalf of herself and her minor child A.S. (collectively, the

"Settlement Plaintiffs"), hereby dismiss their claims in the above-referenced action pursuant to the terms set forth in the Partial Stipulation of Settlement ("Stipulation of Settlement") executed by the parties and attached hereto as Exhibit A in exchange for payment of attorney's fees, costs and expenses by Settlement Plaintiffs raised in the Second Amended Complaint relative to the following Administrative Actions:

- 189956 (SYs 2017-18, 2018-19, 2019-2020) (S.G. o/b/o A.A.2);
- 194900 (SY 2021-22), 183183 (SY 2019-20) (T.S. o/b/o K.S.);
- 185052 (SY 2019-20), 195475 (SY 2020-21) (L.M o/b/o D.H.);
- 199911 (SYs 2018-19, 2019-20, 2020-21) (C.W. o/b/o K.P.);
- 187170 (SYs 2017-18, 2018-19, 2019-2020) (M.S. o/b/o A.S.); and
- 187153 (SYs 2017-18, 2018-19, 2019-2020) (S.S.1 o/b/o J.S.).

2. Notwithstanding the dismissal of Settlement Plaintiffs' claims in this action in accordance with the Stipulation of Settlement and this order, the District Court shall continue to retain jurisdiction over (a) the remaining claims in this action on behalf of other plaintiffs who remain in the action; and (b) the Stipulation of Settlement attached hereto as Exhibit A for the purpose of enforcing the terms of the Stipulation of Settlement.

| | |
|---|---|
| THE LAW OFFICE OF ELISA HYMAN, P.C.<br>1115 Broadway, 12th Floor<br>New York, New York 10010<br>(646) 572-9054<br>elisahyman@gmail.com<br><br>By: /s/ Elisa Hyman<br>      Elisa Hyman | MURIEL GOODE-TRUFANT<br>Corporation Counsel of the City of New York<br>Attorney for Defendants<br>100 Church Street<br>New York, New York 10007<br>(212) 356-8766<br>jimbiano@law.nyc.gov<br><br>By:          /s/ Jason Imbiano<br>           Jason Imbiano |

SO ORDERED:

_____
Hon. Sidney H. Stein, U.S.D.J.