```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
M.W., et al.,                                      :    19-CV-779 (SHS) (RWL)
                                                   :
                        Plaintiffs,                :
                                                   :    ORDER
            - against -                            :
                                                   :
NEW YORK CITY DEPARTMENT OF                        :
EDUCATION, et al.,                                 :
                                                   :
                        Defendants.                :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 10, 2025, Plaintiffs filed an application for preliminary injunction seeking emergency relief with respect to three students in the New York City school system who have stay-put rights that the New York City Department of Education ("DOE") has not implemented. Pursuant to the parties' agreed-upon procedures for resolving emergency pendency issues at Dkt. 85, the Court held a hearing with the parties via Microsoft Teams at 4:00 p.m. the same day.

The Individuals with Disabilities Act ("IDEA") provides disabled children with stay-put rights during the pendency of IDEA proceedings. 20 U.S.C. 1415(j). The IDEA's pendency provision is effectively an "automatic preliminary injunction," *Zvi D. v. Ambach*, 694 F.2d 904, 906 (2d Cir. 1982), which "substitutes an absolute rule in favor of the status quo for the court's consideration of [the factors otherwise considered for granting preliminary relief]." *Id*. By their submissions and at the hearing, Plaintiffs have provided evidence demonstrating that each of the three students have stay-put rights and that those rights are not being implemented by the DOE.

1

Based on the evidence presented by the Plaintiffs, the arguments of counsel for all parties, and the DOE's agreement or non-objection to certain aspects of the relief being granted herein, and as set forth on the record of the hearing, the Court hereby orders:

1.  **J.A.:** By no later than Tuesday **October 14, 2025**, DOE shall arrange and provide transportation for J.A. with a paraprofessional in a minivan with no more than two children and with transportation limited to no more than 60 minutes. DOE shall do so even if the minivan is not outfitted with a harness. By no later than **October 24, 2025**, DOE shall implement a properly fitting harness for J.A. on the minivan and train the staff on the van how to use it.

2.  **J.R.:** By no later than **Wednesday October 15, 2025**, DOE shall implement transportation for J.R. that is air-conditioned, outfitted with car seat, staffed by 1:1 paraprofessional, and has limited travel time of no more than 60 minutes, and not more than one other student in the vehicle (which student shall not exhibit maladaptive or disruptive behavior).

3.  **D.M.:** By no later than **Tuesday October 14, 2025**, DOE shall issue Related Services Authorizations for D.M.'s occupational therapy and physical therapy services. By no later than Friday **October 24, 2025**, DOE shall implement for D.M. (a) speech therapy services and (b) a services coordinator. However, if DOE oppose providing either the speech therapy services or coordinator, DOE shall file their opposition by Wednesday **October 15, 2025**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 181.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 10, 2025
       New York, New York

Copies transmitted this date to all counsel of record.