# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

November 24, 2025

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

11/24/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:  *M.W. et al. v. New York City Dep't of Educ. et al.*
Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action(s). I am writing to request an extension, *nunc pro tunc*, for the modified summary judgment motion due today, November 24, 2025. Plaintiffs propose the new date for the motion be December 12, 2025. Plaintiffs apologize for the last-minute nature of this request.

When the parties selected this schedule, Plaintiffs were unaware that our office would be addressing multiple emergency situations for several clients, as we expected all pendency issues to be resolved by this time of the school year. Plaintiffs need more time to obtain the declarations from the clients involved.

In addition, the parties are not ready to proceed with modified summary judgment for J.A.1, due to the need for discovery. We propose submitting a schedule for modified summary judgment for this child by December 11, 2025.

Defendants consent to this extension. The new schedule for the remaining pleadings would be as follows: Defendants' response would be due on January 12, 2026 (due to the holidays), and Plaintiffs' reply would be due on January 26, 2026.

Thank you in advance for Your Honor's consideration of this request.

Respectfully submitted,

*/s/Elisa Hyman*
Elisa Hyman, Esq.

1115 Broadway, 12th Floor
New York, NY 10001

40 West 24th Street
New York NY 10010

www.specialedlawyer.com

cc: Attorneys of Record (via ECF)