THE LAW OFFICE OF

# ELISA HYMAN, P.C.

December 11, 2025

Granted.
SO ORDERED:

12/11/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *M.W. et al. v. New York City Dep't of Educ. et al.*
Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action and am writing jointly with Defendants to request an extension of the partial summary judgment motion for J.A.1 that is currently due today December 11, 2025. ECF No. 194. As Your Honor may recall, the partial summary judgment motion for this student was segregated from the rest of the partial summary judgment motions (which will be filed tomorrow, December 12, 2025) because of the need for discovery. Among other things, Plaintiffs still owes Defendants their discovery responses for J.A.1.

The parties propose the following revised partial summary judgment motion schedule for J.A.1:

Plaintiffs' motion for J.A.1 due on or before February 10, 2026;

Defendants' opposition due on or before March 10, 2026

Plaintiffs' reply due March 24, 2026

Thank you for Your Honor's consideration of the requested extension.

Respectfully submitted,

/s/

Elisa Hyman, Esq.
Erin O'Connor, Esq., Of Counsel

cc:    Attorneys of Record
(via ECF)

1115 Broadway, 12th Floor
New York, NY 10001

40 West 24th Street
New York NY 10010

www.specialedlawyer.com