THE LAW OFFICE OF

# ELISA HYMAN, P.C.

December 13, 2025

SO ORDERED:

12/15/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:  *M.W. et al. v. New York City Dep't of Educ. et al.*
> Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action(s). I am writing to request a 30 minute *nunc pro tunc* extension of time to file the modified motion for summary judgment (ECF Nos. 199 and 200).

Unfortunately, due to circumstances beyond my control, I did not have paralegal support this evening and had to redact and prepare the exhibits myself.   I ran into an unexpected technical issue with Exhibit B. While it was only three pages, it was a photographic scan with a file size of 44 MB (too large for ECF). I was unable to reduce it using my regular methods and it was too late to contact my staff for help when I identified the problem. It took me some time to figure out the right settings to reduce it so I could file on ECF.

If Mr. Imbiano were to receive corresponding 30-minute extension, that would address any prejudice he may have experienced, although I do not believe he was up waiting for this to be filed.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/

Elisa Hyman, Esq.

cc:    Attorneys of Record (via ECF)

1115 Broadway, 12th Floor                                          40 West 24th Street
New York, NY 10001                                                   New York NY 10010

www.specialedlawyer.com