THE LAW OFFICE OF

# ELISA HYMAN, P.C.

June 1, 2026

Granted.

SO ORDERED:

6/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *M.W. et al. v. New York City Dep't of Educ. et al.*
Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

Plaintiffs are requesting an extension of time, *nunc pro tunc*, to submit the stipulation that is due today in the above-referenced case.

The parties are still negotiating the specific terms of the proposed stipulation.

As such, Plaintiffs are requesting an extension until June 8, 2026 to submit the stipulation.

Thank you for Your Honor's consideration of the request herein.

Respectfully submitted,

/s/

Elisa Hyman, Esq.

cc:    Attorneys of Record

(via ECF)

1115 Broadway, 12th Floor
New York, NY 10010

40 West 24th Street
New York NY 10010

www.specialedlawyer.com