THE LAW OFFICE OF

# ELISA HYMAN, P.C.

June 29, 2026

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

6/30/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:  *M.W. et al. v. New York City Dep't of Educ. et al.*
Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action. The parties are jointly and respectfully requesting another extension of time, *nunc pro tunc*, to submit the stipulation that is due today concerning the four plaintiffs.

The parties are still negotiating the specific terms of the dismissal for each of the four plaintiffs; it is proving slightly more complicated than we originally envisioned.

As such, the parties are requesting an extension until July 8, 2026 (in light of the upcoming July 4th holiday) to submit the stipulation.

Thank you for Your Honor's consideration of the request herein.

Respectfully submitted,

/s/

Elisa Hyman, Esq.

cc:    Attorneys of Record

(via ECF)

1115 Broadway, 12th Floor
New York, NY 10010

40 West 24th Street
New York NY 10010

www.specialedlawyer.com