THE LAW OFFICE OF
ELISA HYMAN, P.C.

July 8, 2026

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
SO ORDERED:
7/8/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re: *M.W. et al. v. New York City Dep't of Educ. et al.*
Docket No. 19-CV-0779 (SHS) (RWL)

Dear Judge Lehrburger:

I represent the Plaintiffs in the above-referenced action. The parties are jointly and respectfully requesting another extension of time to submit the stipulation that is due today concerning the four plaintiffs.

The parties are still negotiating the specific terms of the dismissal for each of the four plaintiffs. We have been able to reach agreement as to the terms of one of the plaintiffs but do not yet have a meeting of the minds as to the remaining terms.

As such, the parties are requesting an extension until July 17, 2026 to submit the stipulation for all or some of the plaintiffs.

Thank you for Your Honor's consideration of the request herein.

Respectfully submitted,

/s/
Elisa Hyman, Esq.

cc: Attorneys of Record
(via ECF)