UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.W., et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>Defendants. | 19-CV-779 (SHS) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the case management conference held via Microsoft Teams on September 9, 2026, the parties will continue efforts to resolve this case by focusing on resolution of individual claims. Among other efforts, for the individual cases for which Plaintiff's counsel indicated discovery would be sought, by **September 23, 2026**, Plaintiff's counsel shall propose terms of resolution on non-attorney's fee issues. By **October 23, 2026**, the Defendant shall respond substantively to Plaintiff's proposals. The parties shall meet and confer with the goal of resolving all such claims by **December 9, 2026**.

The parties shall file a status report with the Court by **December 9, 2026**. Plaintiff's right to obtain discovery is preserved but shall be deferred until after December 9, 2026.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 9, 2026
New York, New York

Copies transmitted this date to all counsel of record.